UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-11143 |
| | ) | |
| TERESA M. HUDAK-JOHNSON | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| | ) | JUDGE JESSICA E. PRICE SMITH |
| Debtor(s) | ) | |
| | ) | |
| | ) | <u>NOTICE OF CERTIFICATE OF</u> |
| | ) | <u>SERVICE OF CHAPTER 13 PLAN</u> |
| | ) | |
| | ) | |
| | ) | |

    Notice is hereby given that a copy of the Chapter 13 Plan was served on March 7, 2019, upon the following: Internal Revenue Service, Insolvency, Room 493, 1240 E. 9th Street, Cleveland, OH 44199-2001 (via regular U.S. mail); Office of the U.S. Attorney, Carl B. Stokes United States Courthouse, 801 W. Superior Ave., Ste. 400, Cleveland, OH 44113 (via regular U.S. mail) and U.S. Attorney General, 10th & Constitution Ave., Room 4400, Washington, DC 20530 (via regular U.S. mail).

                                                   Respectfully submitted,

                                                   /s/Lee R. Kravitz_____
                                                 Lee R. Kravitz (Reg. #0025634)
                                                 Attorney for Debtor(s)
                                                 4508 State Road
                                                 Cleveland, OH 44109
                                                 216-749-0808
                                                 Fax No. 216-749-5389
                                                 Email: leekravitz@sbcglobal.net

CERTIFICATE OF SERVICE

I certify that on March 7, 2019, a true and correct copy of Debtor's Chapter 13 Plan was served upon the following:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Lauren A. Helbling, Trustee
200 Public Square, Ste. 3860
Cleveland, OH 44114
(via ECF)

And on the following:

Internal Revenue Service
Insolvency - Room 493
1240 E. 9th Street
Cleveland, OH 44199-2001
(via regular U.S. mail)

Office of the U.S. Attorney
Carl B. Stokes
United States Courthouse
801 W. Superior Ave., Ste. 400
Cleveland, OH 44113
(via regular U.S. mail)

U.S. Attorney General
10th & Constitution Ave., Room 4400
Washington, DC 20530
(via regular U.S. mail)

/s/Lee R. Kravitz
Lee R. Kravitz (#0025634)
Attorney for Debtor(s)